To Whom it may Concern

I'm writting this letter because I signed for 90 days TDCJ ISF in may in lubbock then got extradited to dawson where my bond was set at 7,500 so I Bond out while having a TDCJ Hold. I am now incarcarated again, in Dawson with no Bond I need help I was hoping you can point me in the right direction

Sincerly Elijah Jimenez

DEC 11 2025 AM 7:50
FILED - USDC - NDTX - LU

Jimenez Elisah 132

DAWSON CO. SHERIFF'S DEPT.
JAIL
401 SOUTH 2nd
LAMESA, TX 79331

INMATE
CORRESPONDENCE
INDIGENT

11-30-25

legal mail

RECEIVED
DEC 11 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District court
office of the clerk Northern
District of Texas
1205 Texas Ave Room 209
Lubbock, Tx 79401

